UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| GEISER R.M., | Case No. 25-CV-4564 (NEB/ECW) |
| Petitioner, | |
| v. | |
| PAMELA BONDI, Attorney General, KRISTI NOEM, Secretary, U.S. Department of Homeland Security, DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, Acting Director of Immigration and Customs Enforcement, IMMIGRATION AND CUSTOMS ENFORCEMENT, DAREN K. MARGOLIN, Director for Executive Office for Immigration Review, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, AND, DAVID EASTERWOOD, Acting Director, St. Paul Field Office, Immigration and Customs Enforcement., | ORDER |
| Respondents. | |

---

Geiser R.M. is a citizen and national of Honduras. (ECF No. 10 ¶ 4.) ICE entered R.M.'s home in Minnesota and detained him on December 6, 2025, without notice or explanation. (*Id.*) Three days later, R.M. petitioned for writ of habeas corpus and moved for a temporary restraining order. (ECF Nos. 1, 3.) The day of these filings, Respondents moved R.M. to Texas. (*Id.* ¶ 6.) Respondents have not provided R.M. a bond hearing.

As the Court explained in *R.E. v. Bondi*, No. 25-CV-3946 (NEB/DLM), 2025 WL 3146312 (D. Minn. Nov. 4, 2025), Respondents are unlawfully denying R.M. a bond hearing. Respondents have not provided any reason for the Court to stray from its reasoning in *R.E.* The Court grants the petition for writ of habeas corpus to the extent it seeks to require Respondents to provide R.M. a bond hearing.

Based on the foregoing and on all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED as follows. R.M.'s detention without an individualized custody determination violated the Immigration and Nationality Act and the Due Process Clause of the Fifth Amendment;

2. Within **seven days**, Respondents must either provide R.M. a bond hearing or release R.M.;

3. Within **fourteen days**, the parties shall advise the Court whether additional proceedings in this matter are required; and

4. The motion for a TRO (ECF No. 3) is denied as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: December 18, 2025					BY THE COURT:

							s/Nancy E. Brasel
							Nancy E. Brasel
							United States District Judge